RONALD JOHANSON v. STEPHEN C. COHEN.

November 22, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD GARCIA.

November 22, 1982.

Petition for certification denied.

LUCY NERI v. PUBLIC SERVICE ELECTRIC & GAS.

November 22, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES MILLS.

November 22, 1982.

Petition for certification denied.